UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REGINALD TURNER, § | |
| ID # 68758, § | |
| Plaintiff, § | |
| vs. § | No. 3:14-CV-0699-B |
| § | |
| MESQUITE FIRE DEPARTMENT § | |
| Defendant. § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 27th day of June, 2014.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE